UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS, et al. | ) | |

ORDER

Pending before the Court is Defendant Raytheon Tyeaze Neal's Adoption Of Additional Co-Accuseds' Motions, Briefs And Rationales To Quash Subpoena (Docket No. 1479). Through the Motion, Defendant Neal seeks to quash Defendant Rivers' subpoena for his testimony at the trial set for August 27, 2013. As the Court ruled in an earlier Order (Docket No. 1415), any motions to quash shall be heard on August 15, 2013 at 9:00 a.m.

The Government and Defendant Rivers shall file a response to the Motion To Quash on or before August 14, 2013.

Counsel for Defendant Neal shall take all necessary steps to secure the presence of Defendant Neal at the hearing on August 15, 2013.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE